[No. 11127-6-II. Division Two. November 16, 1988.]

BARBARA TIBEAU, *Respondent,* v. ANN YARNELL
VANDERWAAL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86-2-03406-0, Waldo F. Stone, J., entered

May 29, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.